IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00106-MSK -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: May 27, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTINE ELSE, | Daniel B. Slater |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS, FREMONT COUNTY, COLORADO, (actually named as Board of County Commissioners of Fremont County, Colorado), STEVEN CLIFTON, in his Individual capacity, STACIE KWITEK-RUSSELL, in her Individual capacity, and DAVID HOLT, in his Individual capacity, | Edmund M. Kennedy |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:   10:04 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** The parties' Unopposed Motion for a Protective Order, doc #[24], is **DENIED WITHOUT PREJUDICE.** Counsel may re-draft their Motion for a Protective Order to account for D.C.COLO.LCivR 7.2.

HEARING CONCLUDED.

**Court in recess**:      **10:07 a.m.**
Total time in court:    00:03

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.