IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-00106-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 27, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| CHRISTINE ELSE, | Daniel B. Slater |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS, FREMONT COUNTY, COLORADO, (actually named as Board of County Commissioners of Fremont County, Colorado), STEVEN CLIFTON, in his Individual capacity, STACIE KWITEK-RUSSELL, in her Individual capacity, and DAVID HOLT, in his Individual capacity, | Edmund M. Kennedy |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session:      3:26 p.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding a date for a settlement conference and discovery requests.

**ORDERED**: Defendants' Motion to Vacate Settlement Conference Scheduled for July 8, 2011 [Docket No. 32, Filed June 23, 2011] is GRANTED. Settlement Conference set for July 8, 2011 at 1:30 p.m. is VACATED and RESET for **August 10, 2011 at 1:30 p.m.** Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an

>insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference. Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before August 3, 2011** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.
>
>Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in recess**:	**3:34 p.m.**
Total time in court:	00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.