IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00106-RBJ-CBS

CHRISTINE ELSE,

   Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF FREMONT COUNTY, COLORADO;
STEVE CLIFTON, in his Individual capacity;
STACIE KWITEK-RUSSELL, in her Individual capacity; and
DAVID HOLT, in his Individual capacity,

   Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE
OF DEFENDANTS CLIFTON, KWITEK-RUSSELL and HOLT**
_____

This matter is before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice of Defendants Steve Clifton, Stacie Kwitek-Russell, and David Holt. The Court having reviewed the Motion and being sufficiently advised,

**HEREBY ORDERS** Defendants Steve Clifton, Stacie Kwitek-Russell, and David Holt be dismissed in every regard from this case, with prejudice, each party to pay his, her or its own attorneys fees and costs in their entirety. The caption of this matter shall be modified to eliminate the names of Defendants Steve Clifton, Stacie Kwitek-Russell, and David Holt.

DATED this 7th day of November 2011.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
UNITED STATES DISTRICT COURT JUDGE