IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00106-RBJ-CBS

CHRISTINE ELSE,

   Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF FREMONT COUNTY, COLORADO;

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulated Motion for Dismissal with Prejudice. The Court having reviewed the Motion and being sufficiently advised:

**HEREBY ORDERS** this matter dismissed in every respect, with prejudice, each party to pay his, her or its own attorneys fees and costs in their entirety.

DATED this 17th day of November 2011.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE